JOSEPH J. DELANOY, JR., et al., Respondents, v CITY OF WHITE PLAINS et al., Appellants, et al., Defendants.

Submitted July 18, 2011; decided October 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

LOUISE DiGIULIO, Individually and as Executrix of ALBERT DiGIULIO, Deceased, Appellant, v GRAN, INC., Doing Business as NEW YORK HEALTH & RACQUET CLUB, et al., Respondents. (And a Third-Party Action.)

Submitted July 18, 2011; decided October 18, 2011

Motion for reargument denied [*see* 17 NY3d 765 (2011)].

LUISA C. ESPOSITO, Respondent, v ALLEN H. ISAAC, Appellant, et al., Defendants.

Submitted August 8, 2011; decided October 18, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the nonfinal order of the Appellate Division where the appeal to the Appellate Division was from an order entered on an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for a stay dismissed as academic.